IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER BROWN | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-946 |
| THE VANGUARD GROUP, INC., ET AL. | : | |

**O R D E R**

**AND NOW**, this  30th  day of  January , 2017, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 10), and Plaintiff's Response (ECF No. 11), and all documents and exhibits submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED**.

2. Judgment is entered in favor Defendants The Vanguard Group, Inc. and Srinath Chigullapalli, and against Plaintiff Jennifer Brown.

3. The Clerk of the Court is directed to mark this case closed.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**